AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ERYK ALMENDAREZ-MALDONADO, | ) | Case No. 17-8018-DLB |
| a/k/a "Samuel Maldonado," | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 24, 2016__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a) and (b)(1) | Illegal re-entry after prior deportation. |

This criminal complaint is based on these facts:

PLEASE SEE AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-18-17

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Dave Lee Brannon, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over thirteen years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge, as well as, information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Eryk ALMENDAREZ-MALDONADO, also known as Samuel MALDONADO, has committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about November 24, 2016, Eryk ALMENDAREZ-MALDONADO was arrested in Palm Beach County, Florida on a charge of driving under the influence. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system which resulted in a positive match for an individual who had been previously removed from United States, that is Eryk ALMENDAREZ-MALDONADO.

1

4. A review of the immigration alien file assigned to Eryk ALMENDAREZ-MALDONADO shows that he is a native and citizen of Mexico. Records further show that on or about January 10, 2002, Eryk ALMENDAREZ-MALDONADO was ordered removed from the United States. The Order of Removal was executed on or about February 15, 2002, whereby Eryk ALMENDAREZ-MALDONADO was removed from the United States and returned to Mexico.

5. Further review of the records show that on or about December 19, 2001, in the 145th Judicial District Court of Nacogdoches County, Texas, Eryk ALMENDAREZ-MALDONADO was convicted of the felony offense of possession of a controlled substance, namely cocaine, in an amount of less than one gram in case number F101432001.

6. Town of Palm Beach Police Department Fingerprint Examiner Gregory A. Parkinson conducted fingerprint comparison in this case. Fingerprints taken in connection with Eryk ALMENDAREZ-MALDONADO's November 24, 2016, arrest in Palm Beach County were compared with the fingerprints located in Eryk ALMENDAREZ-MALDONADO's immigration alien file taken from Eryk ALMENDAREZ-MALDONADO prior to his removal from the United States. Fingerprint Examiner Gregory A. Parkinson determined that they were made by the same individual.

7. I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Eryk ALMENDAREZ-MALDONADO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database

system, no record was found to exist indicating that Eryk ALMENDAREZ-MALDONADO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I respectfully submit that probable cause exists to believe that, on or about November 24, 2016, Eryk ALMENDAREZ-MALDONADO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this ____ day of January 2017.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   ERYK ALMENDAREZ-MALDONADO, a/k/a "Samuel Maldonado"

**Case No.:**  17-8018-DLB

Count #:   1

 Illegal re-entry after prior deportation.

 Title 8, United States Code, Sections 1326(a) and (b)(1).

**\* Max.Penalty**:            10 years imprisonment; 3 years supervised release; $250,000 fine.

\*   Refers only to possible term of incarceration, does not include possible fines, restitution,
    special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: __17-8018-DLB__

UNITED STATES OF AMERICA

vs.

ERYK ALMENDAREZ-MALDONADO,
   a/k/a "Samuel Maldonado,"

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

                              Respectfully submitted,

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

BY:      _____
              Jennifer C. Nucci
              Assistant United States Attorney
              Florida Bar No. 171700
              500 S. Australian Avenue, Suite 400
              West Palm Beach, FL 33401
              TEL:  (561) 820-8711
              FAX:  (561) 805-9846
              Jennifer.Nucci@usdoj.gov